# FILED

02/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0486

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 22-0486

| | |
|---|---|
| GILBERT R. JOHNSTON, et al.,<br><br>   Plaintiffs and Appellants,<br><br>vs.<br><br>FLYING S TITLE & ESCROW, INC.,<br><br>   Defendant and Appellee. | **ORDER GRANTING APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Upon consideration of Appellee Flying S Title & Escrow, Inc.'s unopposed motion seeking a 10-day extension of time to file its response brief, and for good cause, the motion is GRANTED. Appellee shall file its response brief to Appellants' opening brief on or before March 16, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 27 2023